

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00013-CV

James T. **MAXWELL**,
Appellant

v.

**FROST BANK**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI04798
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: March 4, 2020

DISMISSED

Appellant has filed a motion to dismiss this appeal. Appellee has not opposed the motion.

Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of

the appeal are taxed against the appellant.

PER CURIAM